IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PAULOS MURPHY,                    :

      Petitioner,               :

v.                                : CIVIL ACTION 05-00353-WS-B

GRANTT CULLIVER,                  :

      Respondent.               :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

    **DONE** this 4th day of August, 2006.

                                                s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE