```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

PAULOS MURPHY,                   :
    Petitioner,              :
v.                               :   CIVIL ACTION 05-00353-WS-B
GRANTT CULLIVER,                 :
    Respondent.              :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 4th day of August, 2006.

                                               s/WILLIAM H. STEELE
                                               UNITED STATES DISTRICT JUDGE